| The '275 Patent | Pantech Flex and Burst Mobile Phones |
|---|---|
| **Claim 1** | |
| 1. A system for remote patching of operating code located in a mobile unit, comprising:<br><br>a manager host operable to initiate transmission through a wireless communication network of at least one discrete patch message defining at least one patch; | Pantech uses a system to deliver and install over-the-air operating code updates to its mobile phones, including its Flex and Burst phones.<br><br>Pantech uses its servers as well as the servers of cellular network providers (such as AT&T) to initiate transmission of operating code updates through wireless communication networks, such as Wi-Fi or cellular networks.<br><br>Update the Firmware for the Pantech Burst (P9070)<br><br>Advisory:<br>Update summary<br>On 8/22/13, AT&T and Pantech released a software update for the Pantech Burst (P9070) currently running Android version 2.3 (Gingerbread). This software package updates provides device performance enhancements.<br><br>[Exemplary Source: http://www.att.com/esupport/article.jsp?sid=KB414410&cv=820#fbid=5lis8pVBknm] |
| a first mobile unit operable to receive the at least one discrete patch message, the first mobile unit further operable to create patched operating code by merging the at least one patch with current operating code located in the first mobile unit and to switch execution to the patched operating code; and | Pantech installs software on its mobile phones to facilitate the installation process of operating code updates.  Pantech's mobile phones receive updates generated by Pantech's servers and the servers of cellular network providers.  Using the software installed by Pantech, the mobile phones receive and install the updates.<br><br>Pantech's mobile phones routinely check for updates and also receive notification of updated patches when they are available for download.  Once downloaded, the Pantech phones execute the update by patching the current operating code of the phone with the code contained in the update.  As described in detail below, the phone is inoperable during this process.  The Pantech phone displays a confirmation message once the update is complete. |

| The '275 Patent | Pantech Flex and Burst Mobile Phones |
|---|---|
|  | **Update the Firmware for the Pantech Burst (P9070)**<br><br>Advisory:<br><br>**Update summary**<br>On 8/22/213, AT&T and Pantech released a software update for the Pantech Burst (P9070) currently running Android version 2.3 (Gingerbread). This software package updates provides device performance enhancements..<br><br>The size of the update is 14 MB and will not count against your data bucket when downloaded over a mobile broadband connection.<br><br>**What to expect after the update**<br>Although there should be no impacts to settings or data, we recommend that you back up your media files to an SD card, PC, or using a favorite application (from the Play Store), prior to upgrading the software.<br><br>**How to update**<br>Customers will receive an alert and be prompted to download the update, or have the option to initiate the update manually. When prompted, you can postpone the udate up to 3 times, and 4 hours per occurrence. After the update has been postponed for the maximum allowable time, your device will automatically download and install the update.<br><br>1. From the home sreen, press the **Menu** key, and then tap **Settings**.<br>2. Tap **AT&T Software update > Check for updates**.<br>3. The device will determine if new software is available, and begin downloading the software update. Once complete, the device will restart.<br>4. Please wait until your device reboots completely, and then select **Done** to finish.<br>**How to verify the update**<br>1. From the home screen, press the **Menu** key, and then tap **Settings**.<br>2. Scroll to and tap **About phone**. The following information will be displayed:<br>    • **Baseband Version**: M9200B-SCAQCSZD-3.0.552116T<br>    • **Kernel Version**: 2.6.35.11-pref<br>    • **Build#** GRJ90 |

| The '275 Patent | Pantech Flex and Burst Mobile Phones |
|---|---|
| | **Update the Software for the Pantech Flex (P8010) using Easy Experience**<br><br>**Instructions:**<br>**Update summary**<br>Effective June 21, 2013, a software update for the Pantech Flex (P8010) will be available via firmware-over-the-air (FOTA) push to AT&T customers. Phones can be updated via Wi-Fi connection. The update will not count against the customer's data bucket.<br><br>To determine the software version, tap **Menu** > **Settings** > **Phone** > **About phone**. If the Baseband version is not **JYUS04012013**, the device should be updated.<br><br>**Software update includes**<br>The 241MB software update includes the following updates:<br>• Android OS 4.1 (Jelly Bean)<br> ◦ Expandable & Actionable Notifications allows to take action directly from notifications shade<br> ◦ Google Now<br> ◦ Optimized display performance<br> ◦ Resizable widgets<br> ◦ Other Improvements such as predictive keyboard with more accurate word completion, offline voice typing and user-installable keyboard maps<br><br>• AT&T Drive Mode, Data Manager and Battery Manager have been added.<br><br>**What to expect after the update**<br>There will be no impacts to settings or data.<br><br>**How to update**<br>Prior to the update, please ensure that the battery is fully charged, and that there is an active SIM card installed in the phone.<br>1. When the software update notification is received, tap **Continue**. To postpone the install for up to 8 hours, tap **Postpone**.<br> • To manually check for the update:<br>  1. Tap **Menu**.<br>  2. Tap **Settings**.<br>  3. Tap **Phone**.<br>  4. Tap **About phone**.<br>  5. Tap **AT&T software update**.<br>  6. Tap **Check for updates**.<br>2. The device will restart to install the update and will be unusable during this time.<br>3. Once complete, a confirmation will be displayed. Tap **OK**.<br> • To verify the updated software version, go to **Menu** > **Settings** > **Phone** > **About phone**. The following information will be displayed:<br>  ◦ **Baseband version**: JYUS06032013<br>  ◦ **Kernal version**: 3.4.0<br>  ◦ **Build number**: JZO54K<br><br>[Exemplary Sources: http://www.att.com/esupport/article.jsp?sid=KB414410&cv=820#fbid=5lis8pVBknm; http://www.att.com/esupport/article.jsp?sid=KB418856&cv=820#fbid=5lis8pVBknm] |

| The '275 Patent | Pantech Flex and Burst Mobile Phones |
|---|---|
| a second mobile unit operable to receive the at least one discrete patch message, the second mobile unit further operable to create patched operating code by merging the at least one patch with current operating code located in the second mobile unit and to switch execution to the patched operating code; and | See the previous limitation. |
| wherein the manager host is further operable to address the at least one discrete patch message such that the at least one discrete patch message is transmitted to the first mobile unit but not to the second mobile unit. | Pantech mobile phones allow users to check for updated software patches.  The phones query Pantech's servers.  Pantech's servers send update packages to devices still using the previous version of firmware, but do not send the same updates to devices using the current firmware.<br><br>AT&T Software Update<br>Check and update your software without visiting the dealer.<br>1.  Tap ⊕ > Settings > AT&T software update.<br>2.  Select an option.<br><br>Option — Description<br>Check for updates — Check for software updates.<br>Continue update — Resume a postponed software update.<br><br>[Exemplary Sources: http://15e08fd01e18d5ee73d6-70c55b37e97641cc9ebdaf7330edb321.r49.cf2.rackcdn.com/120809_P8010(Flex)_M |

| The '275 Patent | Pantech Flex and Burst Mobile Phones |
| --- | --- |
| | anual_Final1.pdf; file://C:\Users\DSD\Downloads\120809_P8010(Flex)_Manual_Final1.pdf] |

| The '658 Patent | Pantech Smart Phones |
|---|---|
| **Claim 1** | |
| 1.  An apparatus for automatically selecting one of a plurality of communication paths, the apparatus comprising:<br><br>a memory operable to store a plurality of ordered lists of communication paths, each ordered list associated with one of a plurality of communication attributes, each communication attribute representing a separate priority for communication; and | Pantech's smart phones automatically select communication paths on cellular and Wi-Fi networks.<br><br>Pantech's smart phones contain memory allowing them to store ordered lists of communication paths on cellular and Wi-Fi networks.  Each of these ordered lists is associated with a communication attribute (such as the type of network or the speed of the communication).  Moreover, each communication attribute represents a separate priority for communication (e.g., "home" cellular networks are preferred to roaming).<br><br>For example, the Pantech Flex is a mobile phone that contains memory operable to store ordered lists of communication paths. |

| The '658 Patent | Pantech Smart Phones |
|---|---|
|  |  |

| The '658 Patent | Pantech Smart Phones |
|---|---|
| | Pantech's smart phones select one of the communication paths based on the type, speed, and/or cost of the communication.  For example, the Flex chooses the appropriate path for the communication of data based on network availability and cost.  The Flex will generally choose Wi-Fi networks in order to save on data transmission costs and increased speed.  The Flex stores multiple Wi-Fi access points, allowing the unit to automatically connect to authenticated access points when available. <br><br> <br><br> When Wi-Fi is not available, Pantech's smart phones use the user's preferred cellular network throughout the country.  If this network cannot be connected to, then the phone connects to secondary cellular networks, entering a Roaming state. |

| The '658 Patent | Pantech Smart Phones |
|---|---|
| |

The Flex requires a SIM card for operation.  The SIM card incorporates a memory, organized in a directory structure at the lowest level of which individual files, known as "Elementary Files" ("EF"s) are stored according to 3GPP TS 11.11 (and its successor standard 3GPP TS31.102). These standards apply to 2G/3G/4G service as supported by the Pantech Flex.

|

| The '658 Patent | Pantech Smart Phones |
|---|---|
| |

An Elementary File referred to as EF$_{PLMNsel}$ contains an ordered list of at least 8 preferred mobile networks in order of priority, based on the Mobile Network Code (MNC) attribute of each network (section 10.3.4 of TS 11.11) |

| The '658 Patent | Pantech Smart Phones |
|---|---|
| | |

Inside the right column:

10.3.4    EF_PLMNsel (PLMN selector)

This EF contains the coding for n PLMNs, where n is at least eight. This information determined by the user/operator defines the preferred PLMNs of the user in priority order.

| Identifier: '6F30' | | Structure: transparent | | Optional |
|---|---|---|---|---|
| File size: 3n (n ≥ 8) bytes | | | Update activity: low | |

Access Conditions:
READ               CHV1
UPDATE             CHV1
INVALIDATE         ADM
REHABILITATE       ADM

| Bytes | Description | M/O | Length |
|---|---|---|---|
| 1 to 3 | 1st PLMN (highest priority) | M | 3 bytes |
| 22 to 24 | 8th PLMN | M | 3 bytes |
| 25 to 27 | 9th PLMN | O | 3 bytes |
| (3n-2) to 3n | nth PLMN (lowest priority) | O | 3 bytes |

Home networks are defined in the "HPLMN Selector" file, which identifies networks according to different access technologies in priority order (section 10.3.37 of 3GPP TS 11.11).

10.3.37  EF_HPLMNwAcT (HPLMN Selector with Access Technology)

The HPLMN Selector with access technology data field shall contain the HPLMN code, or codes together with the respective access technology in priority order (see TS 23.122 [51]).

A further EF, EF_PLMNwAcT, contains a further priority-ordered list of networks with associated network access technology attributes (section 10.3.35).

10.3.35  EF_PLMNwAcT (User controlled PLMN Selector with Access Technology)

This EF contains coding for n PLMNs, where n is at least eight. This information, determined by the user, defines the preferred PLMNs of the user in priority order. The EF also contains the Access Technologies for each PLMN in this list. (see TS 23.122 [51]).

| The '658 Patent | Pantech Smart Phones |
|---|---|
| | [Exemplary Sources: http://www.phonearena.com/phones/Pantech-Flex_id7413; http://15e08fd01e18d5ee73d670c55b37e97641cc9ebdaf7330edb321.r49.cf2.rackcdn.com/120809_P8010(Flex)_Manual_Final1.pdf; http://support.verizonwireless.com/support/devices/knowledge_base.html/71292/; http://www.gsmarena.com/pantech_flex__p8010-5008.php; http://www.etsi.org/deliver/etsi_ts/100900_100999/100977/08.14.00_60/ts_100977v081400p.pdf] |
| a processor operable to receive a request for communication, the request indicating a communication attribute, the processor further operable to automatically select a communication path from an ordered list associated with the indicated communication attribute. | Pantech's smart phones contain processors operable to receive communication requests from their users.  For example, the Flex contains a microprocessor and antenna.  The Flex microprocessor and antenna communicate with cellular and Wi-Fi networks after receiving communication requests from the user.

The communication requests received by the microprocessors in Pantech's smart phones include the appropriate communication attributes based on the type of request.  For example, the smart phones use cellular communication for voice calling and Wi-Fi for data downloads.

Pantech's smart phones, based on the type of request and available paths, automatically select the most suitable communication path.  The smart phone determines the appropriate communication path based on an ordered list of paths, using factors such preferred cellular networks and authenticated Wi-Fi networks. |

| The '658 Patent | Pantech Smart Phones |
|---|---|
| | **AT&T Smart Wi-Fi** |

AT&T Smart Wi-Fi provides an easy way to manage your access to Wi-Fi Hot Spots.

1. Tap ⊕ > **AT&T Smart-Wifi**.

ⓘ **Note** The first time you open this application, you need to download and install the application from the Play Store.

2. Log in to Play Store with your Google account.
3. Configure the auto-connect Wi-Fi hotspot setting.

| Option | Description |
|---|---|
| My Spots | Only enable and connect to Wi-Fi near AT&T Wi-Fi Hot Spots and saved networks. |
| Popular | Only enable Wi-Fi near My Spots and Popular Hotspots. |
| Public | Enable Wi-Fi near My Spots, Popular Hotspots, and Public Hotspots. |

4. Select and tap an available hot spot to connect to.

Support for automatic selection of a cellular network is mandated in standard 3GPP TS 23.122 – see section 3.1.  If cellular data is enabled in the Flex, the handset will seek to establish a data connection. The highest priority accessible network is automatically selected.

| The '658 Patent | Pantech Smart Phones |
|---|---|
| | **3.1    PLMN selection and roaming**<br><br>The MS normally operates on its home PLMN (HPLMN) or equivalent home PLMN (EHPLMN). However a visited PLMN (VPLMN) may be selected, e.g., if the MS loses coverage. There are two modes for PLMN selection:<br><br>  i)  Automatic mode - This mode utilizes a list of PLMNs in priority order. The highest priority PLMN which is available and allowable is selected.<br><br>  ii)  Manual mode - Here the MS indicates to the user which PLMNs are available. Only when the user makes a manual selection does the MS try to obtain normal service on the VPLMN.<br><br>TS22.011 describes the operation of the Flex when registering onto a network (PLMN) for service. Section 3.2.2.1 specifically describes the use of the various ordered lists contained in the operator controlled PLMN list, the use controlled PLMN list and the Home PLMN list. |

| The '658 Patent | Pantech Smart Phones |
|---|---|
| | **3.2.2    Procedures**<br><br>**3.2.2.1    General**<br><br>In the following procedures the UE selects and attempts registration on PLMNs.<br><br>In this TS, the term "PLMN Selection" defines an UE based procedure, whereby candidate PLMNs are chosen, one at a time, for attempted registration.<br><br>A User Controlled PLMN Selector data field exists on the USIM to allow the user to indicate a preference for network selection. It shall be possible for the user to update the User Controlled PLMN Selector data field, but it shall not be possible to update this data field over the radio interface, e.g. using SIM Application Toolkit.<br><br>It shall be possible to have an Operator Controlled PLMN Selector list and a User Controlled PLMN Selector list stored on the SIM/USIM card. Both PLMN Selector lists may contain a list of preferred PLMNs in priority order. It shall be possible to have an associated Access Technology identifier e.g., E-UTRAN, UTRAN, or GERAN associated with each entry in the PLMN Selector lists.<br><br>*ETSI*<br><br>3GPP TS 22.011 version 11.3.0 Release 11          10          ETSI TS 122 011 V11.3.0 (2013-04)<br><br>The UE shall utilise all the information stored in the USIM related to network selection, e.g. HPLMN, Operator controlled PLMN Selector list, User Controlled PLMN Selector list, Forbidden PLMN list.<br><br>Note 1:    A PLMN in a Selector list, including HPLMN, may have multiple occurrences, with different access technology identifiers.<br><br>In addition to the cellular functionality, the Flex has certified capability to access Wi-Fi networks complying with IEEE standards (802.11 a/b/g/n/ac). The particular communication path is selected from an ordered list according to the best available network connection.<br><br>Additionally the Flex stores network identities and associated security attributes of Wi-Fi (802.11 a/b/g/n/ac) networks that have been accessed previously and automatically connects. In our understanding, the Pantech Flex will connect to the most recently used secured network if more than one is available or to the next most recent if the first is not available (and so on). |

| The '658 Patent | Pantech Smart Phones |
|---|---|
| | <br><br>[Exemplary Sources: http://www.phonearena.com/phones/Pantech-Flex_id7413; http://15e08fd01e18d5ee73d670c55b37e97641cc9ebdaf7330edb321.r49.cf2.rackcdn.com/120809_P8010(Flex)_Manual_Final1.pdf; http://www.qtc.jp/3GPP/Specs/23122-8c0.pdf; http://www.etsi.org/deliver/etsi_ts/122000_122099/122011/11.02.00_60/ts_122011v110200p.pdf] |

| The '202 Patent | Pantech Smart Phones |
|---|---|
| **Claim 8** | |
| 8. A mobile unit for communicating using a cellular telephone network, comprising:<br><br>a communication device operable to receive a system identification number list from a host controller remotely disposed from the mobile unit; | Pantech's smart phones, such as the Flex, communicate voice and data information using a cellular telephone network.  The Pantech smart phones receive a system identification number list from a host controller remotely disposed from the mobile smart phone.<br><br><br><br><br><br>Pantech's smart phones, such as the Flex, are communication devices that use the Global System for Mobile (GSM) cellular networks.  The Pantech smart phones receive an identification number list referred to as an Elementary File (EF) from |

| The '202 Patent | Pantech Smart Phones |
|---|---|
| | Pantech's servers with coding for preferred and prioritized Public Land Mobile Networks (PLMNs). <br><br> Pantech Flex, for example, operates on 2G, 3G, and 4G cellular networks and therefore adheres to the 3GPP standards.  The 3GPP standards mandate the storage and maintenance of lists of preferred mobile networks identified using a mobile network code (MNC). <br><br> When roaming, preferred networks are identified in the "PLMN selector" file (section 10.3.4 of 3GPP TS11.11). Home networks are defined in the "HPLMN Selector" file, which identifies networks according to different access technologies in priority order (section 10.3.37 of 3GPP TS 11.11). <br><br> **Elementary File (EF):** file containing access conditions and data and no other files. <br><br> PLMN          Public Land Mobile Network |

| The '202 Patent | Pantech Smart Phones |
|---|---|
| | 10.3.4   EF$_{PLMNsel}$ (PLMN selector) |

10.3.4   EF$_{PLMNsel}$ (PLMN selector)

This EF contains the coding for n PLMNs, where n is at least eight. This information determined by the user/operator defines the preferred PLMNs of the user in priority order.

| Identifier: '6F30' | | Structure: transparent | | Optional |
|---|---|---|---|---|
| File size: 3n (n ≥ 8) bytes | | | Update activity: low | |

Access Conditions:
    READ                CHV1
    UPDATE              CHV1
    INVALIDATE          ADM
    REHABILITATE        ADM

| Bytes | Description | M/O | Length |
|---|---|---|---|
| 1 - 3 | 1st PLMN (highest priority) | M | 3 bytes |
| 22 - 24 | 8th PLMN | M | 3 bytes |
| 25 - 27 | 9th PLMN | O | 3 bytes |
| (3n-2)-3n | nth PLMN (lowest priority) | O | 3 bytes |

- PLMN

    Contents:

        Mobile Country Code (MCC) followed by the Mobile Network Code (MNC).

10.3.37   EF$_{HPLMNwAcT}$ (HPLMN Selector with Access Technology)

The HPLMN Selector with access technology data field shall contain the HPLMN code, or codes together with the respective access technology in priority order (see TS 23.122 [51]).

The same standard further mandates a "forbidden" network list. This contains a list of networks which the handset "shall not automatically attempt to access".

3GPP TS 11.11 version 8.14.0 Release 1999          66          ETSI TS 100 977 V8.14.0 (2007-06)

10.3.16   EF$_{FPLMN}$ (Forbidden PLMNs)

This EF contains the coding for four Forbidden PLMNs (FPLMN). It is read by the ME as part of the SIM initialization procedure and indicates PLMNs which the MS shall not automatically attempt to access.

The "Elementary Files" (HPLMN; PLMNsel; FPLMN) may be updated over-the-air via a SIM data download message, in the form of an SMS or other supported data

| The '202 Patent | Pantech Smart Phones |
|---|---|
| | bearer, referenced in Annex I of 3GPP TS 11.11 and defined in section 7 of 3GPP TS 11.14.

3GPP TS 11.11 version 8.14.0 Release 1999     173     ETSI TS 100 977 V8.14.0 (2007-06)

## Annex I (informative):
## EF changes via Data Download or SIM Toolkit applications

This annex defines if changing the content of an EF by the network (e.g. by sending an SMS), or by SIM Toolkit Application (e.g. by using the SIM API), is advisable. Updating of certain EFs, "over the air" such as $EF_{ACC}$ could result in unpredictable behaviour of the MS; these are marked "Caution" in the table below. Certain EFs are marked "No"; under no circumstances should "over the air" changes of these EFs be considered.

3GPP TS 11.14 version 8.18.0 Release 1999     70     ETSI TS 101 267 V8.18.0 (2007-06)

## 7      Data download to SIM

## 7.1      SMS-PP data download

### 7.1.1      Procedure

If the service "data download via SMS Point-to-point" is allocated and activated in the SIM Service Table (see TS 11.11 [20]), then the ME shall follow the procedure below:

- When the ME receives a Short Message with:
  protocol identifier = SIM data download, and
  data coding scheme = class 2 message,

  or

when the ME receives a Short Message with:
  protocol identifier=ANSI-136 R-DATA (see 3G TS 23.040 [30]) and
  data coding scheme = class 2 message, and the ME chooses not to handle the message ( e.g. MEs not
  supporting EGPRS over TIA/EIA-136 do not need to handle the message),

then the ME shall pass the message transparently to the SIM using the ENVELOPE (SMS-PP DOWNLOAD) command as defined below. |

| The '202 Patent | Pantech Smart Phones |
|---|---|
| | [Exemplary Sources: http://www.etsi.org/deliver/etsi_ts/100900_100999/100977/08.14.00_60/ts_10097 7v081400p.pdf; http://www.gsmarena.com/pantech_flex__p8010-5008.php] |
| a memory coupled to the communication device and operable to store the system identification number list; and | Pantech's smart phones use computer memory, such as RAM and ROM, to store the EF file received by the phone.  For example, the Flex has 1024 MB of RAM memory.  Pantech's smart phones use the GSM protocol to arrange the EF files.<br><br>The PLMN selector list and forbidden network list are stored on a SIM card.<br><br>The SIM card incorporates a memory, organized in a directory structure at the lowest level of which the individual files are known as "Elementary Files" ("EF"s) and are stored according to 3GPP TS 11.11.<br><br> |

6.1    General description

Figure 3 shows the general structural relationships which may exist between files. The files are organized in a hierarchical structure and are of one of three types as defined below. These files may be either administrative or application specific. The operating system handles the access to the data stored in different files.

**Figure 3: Organization of memory**

| The '202 Patent | Pantech Smart Phones |
|---|---|
| | [Exemplary Sources:  http://15e08fd01e18d5ee73d6-70c55b37e97641cc9ebda f7330edb321.r49.cf2.rackcdn.com/120809_P8010(Flex)_Manual_Final1.pdf; http://www.phonearena.com/phones/Pantech-Flex_id7413; http://www.etsi.org/deliver/etsi_ts/100900_100999/100977/08.14.00_60/ts_10097 7v081400p.pdf] |
| a processor coupled to the memory and operable to access the system identification number list to determine if the mobile unit is authorized to dial out in a particular cellular system service area providing service to the mobile unit. | Pantech's smart phones contain computer processors.  The processors are connected to the phone's memory in order to retrieve data, such as the EF files.  The processors read the EF files stored in memory to select an accessible cellular network which the phones are authorized to access. <br><br> **10.3.4   EF$_{PLMNsel}$ (PLMN selector)** <br> This EF contains the coding for n PLMNs, where n is at least eight. This information determined by the user/operator defines the preferred PLMNs of the user in priority order. <br><br> **2.4   Roaming in shared networks** <br> Mechanisms shall be specified to enable flexible allocation of visiting roamers among core network operators that have roaming agreements with the same roaming partners. The core network operators shall be able to pre-define their relative share of visiting roamers and distribute the visiting roamers that apply automatic network selection to different core networks connected to the radio access network accordingly. <br><br> When network sharing exists between different operators and a user roams into the shared network it shall be possible for that user to register with a core network operator (among the network sharing partners) that the user's home operator has a roaming agreement with, even if the operator is not operating a radio access network in that area. <br><br> The selection of a core network operator among those connected to the shared radio access network can either be manual (i.e. performed by the user after receiving a list of available core network operators) or automatic (i.e. performed by the UE according to user and operator preferred settings). For further information see subclause 3.2. |

| The '202 Patent | Pantech Smart Phones |
|---|---|
| | **A) Automatic network selection mode**<br><br>The UE shall select and attempt registration on other PLMNs, if available and allowable,if the location area is not in the list of "forbidden LAs for roaming" and the tracking area is not in the list of "forbidden TAs for roaming" (see 3GPP TS 23.122 [3]), in the following order:<br><br>i) An EHPLMN if the EHPLMN list is present or the HPLMN (derived from the IMSI) if the EHPLMN list is not present for preferred access technologies in the order specified. In the case that there are multiple EHPLMNs present then the highest priority EHPLMN shall be selected. It shall be possible to configure a voice capable UE so that it shall not attempt registration on a PLMN if all cells identified as belonging to the PLMN do not support the corresponding voice service;<br><br>ii) each entry in the "User Controlled PLMN Selector with Access Technology" data field in the SIM/USIM (in priority order). It shall be possible to configure a voice capable UE so that it shall not attempt registration on a PLMN if all cells identified as belonging to the PLMN do not support the corresponding voice service;<br><br>iii) each entry in the "Operator Controlled PLMN Selector with Access Technology" data field in the SIM/USIM (in priority order). It shall be possible to configure a voice capable UE so that it shall not attempt registration on a PLMN if all cells identified as belonging to the PLMN do not support the corresponding voice service;<br><br>iv) other PLMN/access technology combinations with sufficient received signal quality (see 3GPP TS 23.122 [3]) in random order. It shall be possible to configure a voice capable UE so that it shall not attempt registration on a PLMN if all cells identified as belonging to the PLMN do not support the corresponding voice service;<br><br>v) all other PLMN/access technology combinations in order of decreasing signal quality. It shall be possible to configure a voice capable UE so that it shall not attempt registration on a PLMN if all cells identified as belonging to the PLMN do not support the corresponding voice service.<br><br>In the case of a UE operating in UE operation mode A or B, an allowable PLMN is one which is not in the "Forbidden PLMN" data field in the SIM/USIM . This data field  may be extended in the ME memory.(see subclause 3.2.2.4). In the case of a UE operating in UE operation mode C, an allowable PLMN is one which is not in the "Forbidden PLMN" data field in the SIM/USIM or in the list of "forbidden PLMNs for GPRS service" in the ME.<br><br>If successful registration is achieved, the UE shall indicate the selected PLMN.<br><br>The PLMN list defined in section 10.3.4 of 3GPP TS 11.11 "contains the coding for...at least eight (networks). This information determined by the user/operator defines the preferred PLMNs of the user in priority order."<br><br>Automatic network selection is mandated in standard 3GPP TS 23.122 – section 3.1. If automatic mode is in use, the handset attaches to a suitable cell within the selected PLMN providing service to the Pantech Flex, as described in section 2 of TS 23.122. |

| The '202 Patent | Pantech Smart Phones |
|---|---|
| | **3.1      PLMN selection and roaming**<br><br>The MS normally operates on its home PLMN (HPLMN) or equivalent home PLMN (EHPLMN). However a visited PLMN (VPLMN) may be selected, e.g., if the MS loses coverage. There are two modes for PLMN selection:<br><br>i)  Automatic mode - This mode utilizes a list of PLMNs in priority order. The highest priority PLMN which is available and allowable is selected.<br><br>ii) Manual mode - Here the MS indicates to the user which PLMNs are available. Only when the user makes a manual selection does the MS try to obtain normal service on the VPLMN.<br><br>**2      General description of idle mode**<br><br>When an MS is switched on, it attempts to make contact with a public land mobile network (PLMN). The particular PLMN to be contacted may be selected either automatically or manually.<br><br>The MS looks for a suitable cell of the chosen PLMN and chooses that cell to provide available services, and tunes to its control channel. This choosing is known as "camping on the cell". The MS will then register its presence in the registration area of the chosen cell if necessary, by means of a location registration (LR), GPRS attach or IMSI attach procedure.<br><br>TS22.011 describes the operation of the Pantech Flex handset when registering onto a network (PLMN) for service. Section 3.2.2.1 specifically describes the use of the various ordered lists contained in the operator controlled PLMN list, the use controlled PLMN list and the Home PLMN list. |

| The '202 Patent | Pantech Smart Phones |
|---|---|
| | **3.2.2    Procedures**<br><br>**3.2.2.1    General**<br><br>In the following procedures the UE selects and attempts registration on PLMNs.<br><br>In this TS, the term "PLMN Selection" defines an UE based procedure, whereby candidate PLMNs are chosen, one at a time, for attempted registration.<br><br>A User Controlled PLMN Selector data field exists on the USIM to allow the user to indicate a preference for network selection. It shall be possible for the user to update the User Controlled PLMN Selector data field, but it shall not be possible to update this data field over the radio interface, e.g. using SIM Application Toolkit.<br><br>It shall be possible to have an Operator Controlled PLMN Selector list and a User Controlled PLMN Selector list stored on the SIM/USIM card. Both PLMN Selector lists may contain a list of preferred PLMNs in priority order. It shall be possible to have an associated Access Technology identifier e.g., E-UTRAN, UTRAN, or GERAN associated with each entry in the PLMN Selector lists.<br><br>***ETSI***<br><br>**3GPP TS 22.011 version 11.3.0 Release 11**          **10**          **ETSI TS 122 011 V11.3.0 (2013-04)**<br><br>The UE shall utilise all the information stored in the USIM related to network selection, e.g. HPLMN, Operator controlled PLMN Selector list, User Controlled PLMN Selector list, Forbidden PLMN list.<br><br>Note 1:    A PLMN in a Selector list, including HPLMN, may have multiple occurrences, with different access technology identifiers.<br><br>[Exemplary Sources:  http://www.phonearena.com/phones/Pantech-Flex_id7413; http://www.etsi.org/deliver/etsi_ts/100900_100999/100977/08.14.00_60/ts_10097 7v081400p.pdf; http://www.qtc.jp/3GPP/Specs/23122-8c0.pdf; http://www.etsi.org/deliver/etsi_ts/122000_122099/122011/11.02.00_60/ts_12201 1v110200p.pdf] |

| The '657 Patent | Pantech Smart Phones |
|---|---|
| **Claim 41** | |
| 41. A system for communicating a message to a messaging unit using a cellular telephone network, comprising: | Pantech uses servers and cellular switching centers for communicating messages to their smart phones using cellular telephone networks.  After generating software updates, Pantech uses servers to deliver and install the update messages for its mobile phones over cellular networks operated by each phone's cellular provider, such as AT&T.<br><br>Pantech's website describes some of these software messages:<br><br><br><br>[Exemplary Source: http://www.att.com/esupport/article.jsp?sid=KB414410&cv=820#fbid=5lis8pVBknm] |
| a messaging unit; | Pantech's smart phones, such as the Flex, are messaging units.  Pantech's smart phones connect to wireless cellular networks with radio protocols for data communications, such as GSM/GPRS/EDGE. |

| The '657 Patent | Pantech Smart Phones |
|---|---|
| | **Operating Frequency**<br>· GSM/GPRS/EDGE Quad(850/900/1800/1900) MHz, UMTS/HSPA+ Tri(850/1900/2100) MHz, LTE Dual(700/AWS) MHz networks in North America, South America, Europe, Africa, and Asia-Pacific (where these networks are supported).<br>· Automatic band switching<br><br>[Exemplary Source: http://15e08fd01e18d5ee73d6-70c55b37e97641cc9ebdaf7330edb321.r49.cf2.rackcdn.com/120809_P8010(Flex)_Manual_Final1.pdf] |
| a serving mobile switching center providing service to the messaging unit, wherein the serving mobile switching center comprises a portion of the cellular telephone network; | Pantech uses mobile switching centers owned and operated by cellular network providers (such as AT&T) to communicate with their smart phones.  Pantech uses the GPRS protocol to facilitate transmittal of its software messages. |

| The '657 Patent | Pantech Smart Phones |
|---|---|
| | 5.4    Logical Architecture<br><br>GPRS is logically implemented on the GSM structure through the addition of two network nodes, the Serving GPRS Support Node and the Gateway GPRS Support Node. It is necessary to name a number of new interfaces. No inference should be drawn about the physical configuration on an interface from Figure 2.<br><br>**Figure 2: Overview of the GPRS Logical Architecture**<br><br>[Exemplary Source: http://www.etsi.org/deliver/etsi_ts/101300_101399/101344/07.09.00_60/ts_101344v070900p.pdf] |
| a network central controller coupled to the serving mobile switching center, the network central controller having a first database that identifies the serving mobile switching center providing service to the messaging unit; and, | Pantech uses the network central controllers (NCCs) owned and operated by cellular network providers (such as AT&T) to communicate with their smart phones.  The NCCs contain databases identifying the mobile switching center providing service to Pantech's smart phones.  The cellular network providers use these databases to route messages to and from Pantech's smart phones. |

| The '657 Patent | Pantech Smart Phones |
|---|---|
| | **5.4   Logical Architecture**<br><br>GPRS is logically implemented on the GSM structure through the addition of two network nodes, the Serving GPRS Support Node and the Gateway GPRS Support Node. It is necessary to name a number of new interfaces. No inference should be drawn about the physical configuration on an interface from Figure 2.<br><br><br><br>**Figure 2: Overview of the GPRS Logical Architecture**<br><br>The Gateway GPRS Support Node (GGSN) is the node that is accessed by the packet data network due to evaluation of the PDP address. It contains routeing information for attached GPRS users. The routeing information is used to tunnel N-PDUs to the MS's current point of attachment, i.e., the Serving GPRS Support Node. The GGSN may request location information from the HLR via the optional Gc interface. The GGSN is the first point of PDN interconnection with a GSM PLMN supporting GPRS (i.e., the Gi reference point is supported by the GGSN).<br><br>[Exemplary Source: http://www.etsi.org/deliver/etsi_ts/101300_101399/101344/07.09.00_60/ts_101344v070900p.pdf] |

| The '657 Patent | Pantech Smart Phones |
|---|---|
| a device external to the cellular telephone network and coupled to the network central controller by a communication network, wherein the device generates a message for delivery to the messaging unit using the network central controller and the serving mobile switching center of the cellular telephone network and wherein the communication network comprises a global computer network. | Pantech uses servers to generate and send messages to its smart phones.  The servers are external to the cellular telephone network and connected to the cellular providers' NCCs over the Internet or another packet-switched network.  The servers generate software update messages for delivery to the smart phones using the NCCs and the mobile switching centers of the cellular network providers. |

Update the Firmware for the Pantech Burst (P9070)

Advisory:
Update summary
On 8/22/213, AT&T and Pantech released a software update for the Pantech Burst (P9070) currently running Android version 2.3 (Gingerbread). This software package updates provides device performance enhancements..

The size of the update is 14 MB and will not count against your data bucket when downloaded over a mobile broadband connection.

What to expect after the update
Although there should be no impacts to settings or data, we recommend that you back up your media files to an SD card, PC, or using a favorite application (from the Play Store), prior to upgrading the software.

How to update
Customers will receive an alert and be prompted to download the update, or have the option to initiate the update manually. When prompted, you can postpone the udate up to 3 times, and 4 hours per occurence. After the update has been postponed for the maximum allowable time, your device will automatically download and install the update.

1. From the home sreen, press the **Menu** key, and then tap **Settings**.
2. Tap **AT&T Software update > Check for updates.**
3. The device will determine if new software is available, and begin downloading the software update. Once complete, the device will restart.
4. Please wait until your device reboots completely, and then select **Done** to finish.

How to verify the update
1. From the home screen, press the **Menu** key, and tap **Settings**.
2. Scroll to and tap **About phone**. The following information will be displayed:
   - **Baseband Version**: M9200B-SCAQCSZD-3.0.552116T
   - **Kernel Version**: 2.6.35.11-pref
   - **Build#**: GRJ90

| The '657 Patent | Pantech Smart Phones |
|---|---|
| | **Update the Software for the Pantech Flex (P8010) using Easy Experience**<br><br>**Instructions:**<br><br>**Update summary**<br>Effective June 21, 2013, a software update for the Pantech Flex (P8010) will be available via firmware-over-the-air (FOTA) push to AT&T customers. Phones can be updated via Wi-Fi connection. The update will not count against the customer's data bucket.<br><br>To determine the software version, tap **Menu** > **Settings** > **Phone** > **About phone**. If the Baseband version is not **JYUS04012013**, the device should be updated.<br><br>**Software update includes**<br>The 241MB software update includes the following updates:<br><br>• Android OS 4.1 (Jelly Bean)<br>  ◦ Expandable & Actionable Notifications allows to take action directly from notifications shade<br>  ◦ Google Now<br>  ◦ Optimized display performance<br>  ◦ Resizable widgets<br>  ◦ Other Improvements such as predictive keyboard with more accurate word completion, offline voice typing and user-installable keyboard maps<br><br>• AT&T Drive Mode, Data Manager and Battery Manager have been added.<br><br>**What to expect after the update**<br>There will be no impacts to settings or data.<br><br>**How to update**<br>Prior to the update, please ensure that the battery is fully charged, and that there is an active SIM card installed in the phone.<br><br>1. When the software update notification is received, tap **Continue**. To postpone the install for up to 8 hours, tap **Postpone**.<br>  • To manually check for the update:<br>    1. Tap **Menu**.<br>    2. Tap **Settings**.<br>    3. Tap **Phone**.<br>    4. Tap **About phone**.<br>    5. Tap **AT&T software update**.<br>    6. Tap **Check for updates**.<br>2. The device will restart to install the update and will be unusable during this time.<br>3. Once complete, a confirmation will be displayed. Tap **OK**.<br>  • To verify the updated software version, go to **Menu** > **Settings** > **Phone** > **About phone**. The following information will be displayed:<br>    ◦ **Baseband version**: JYUS06032013<br>    ◦ **Kernal version**: 3.4.0<br>    ◦ **Build number**: JZO54K |

| The '657 Patent | Pantech Smart Phones |
|---|---|
|  | <br><br>**Figure 2: Overview of the GPRS Logical Architecture**<br><br>Every intra-PLMN backbone network is a private IP network intended for GPRS data and GPRS signalling only. A private IP network is an IP network to which some access control mechanism is applied in order to achieve a required level of security. Two intra-PLMN backbone networks are connected via the Gp interface using Border Gateways (BGs) and an inter-PLMN backbone network. The inter-PLMN backbone network is selected by a roaming agreement that includes the BG security functionality. The BG is not defined within the scope of GPRS. The inter-PLMN backbone can be a Packet Data Network, e.g., the public Internet or a leased line. |

| The '657 Patent | Pantech Smart Phones |
|---|---|
|  |

[Exemplary Sources: http://15e08fd01e18d5ee73d6-70c55b37e97641cc9ebdaf7330edb321.r49.cf2.rackcdn.com/120809_P8010(Flex)_Manual_Final1.pdf; http://www.etsi.org/deliver/etsi_ts/101300_101399/101344/07.09.00_60/ts_101344v070900p.pdf; http://www.att.com/esupport/article.jsp?sid=KB414410&cv=820#fbid=5lis8pVBknm; http://www.att.com/esupport/article.jsp?sid=KB418856&cv=820#fbid=5lis8pVBknm] |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| **Claim 11** | |
| 11.  A method for data messaging by issuing a feature request, comprising:<br><br>generating information on a mobile item using a sensor; | Pantech contributes to the infringement of the '455 patent by AT&T, Verizon and U.S. Cellular through their implementation of Enhanced 911 (E-911).  Pantech's smart phones constitute a material part of the inventions claimed in the '455 patent and have no substantial noninfringing uses as part of the E-911 service.<br><br>AT&T, Verizon and U.S. Cellular perform a method of data messaging for their E-911 services by issuing feature requests.  Pantech's phones generate the feature requests, which contain codes indicating an emergency and include data representing position information.<br><br>Pantech's phones generate position information using GPS receivers.   A GPS receiver is a sensor.<br><br>TECHNOLOGY<br><br>GSM: 850, 900, 1800, 1900 MHz<br>UMTS: 850, 1900, 2100 MHz<br>FDD LTE: 700 (band 17), 1700/2100 (band 4) MHz<br>Data: LTE, HSPA (unspecified), UMTS, EDGE, GPRS<br>Positioning: A-GPS<br>Navigation: Turn-by-turn navigation |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
|  | The Pantech Flex handset includes Global Positioning System (GPS) receivers in order to implement Assisted GPS (A-GPS) – this is used to implement Location Based Services (LBS), including for example by AT&T in its Enhanced 911 (E-911) Solution, mandated by the FCC.<br><br>The Pantech Flex handset supports 3G operation and is thus compliant with the 3GPP standards defining the associated access network (UTRAN). Description of location-based functions of the handset are defined, inter alia, in 3GPP TS 25.305.<br><br><br><br>[Exemplary Source: http://www.phonearena.com/phones/Pantech-Flex_id7413; http://www.gsmarena.com/pantech_flex__p8010-5008.php] |
| generating a feature request having a feature request identification code and data digits that represent information generated by the sensor; | AT&T, Verizon and U.S. Cellular use the E-911 standard for wireless enhanced Emergency Calls.   In order to comply with that standard, during a 911-emergency event, AT&T, Verizon and U.S. Cellular use Pantech's phones to generate feature requests with codes indicating the emergency and include data representing position information, such as GPS coordinates.<br><br>Table 10.2 of TS25.305 summarizes the two alternative types of request (identified as UE-assisted and UE-based) and associated data digits arising from the GPS sensor that are sent to the cellular network. |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | Pantech's handsets send data identified as, and corresponding to , either:<br><br>    - position and velocity estimates if available in full UE-based operation; or<br>    - satellite, chip, and other data in UE-Assisted operation.<br><br>The information that may be signalled from UE to the network is listed in table 10.2.<br><br>**Table 10.2: Information that may be transferred from UE to the network**<br><br>_(table below)_<br><br>For example, the FCC E911 phase II mandate J-STD-036-B requires position data to be provided from a user equipment when placing an emergency call (section 1.2 and section 4.1).<br><br>Although initially developed for ANSI-41 systems, this functionality is also mandated in GSM / UMTS and LTE systems. The IS-801 message is replaced in these instances with the 3GPP TS 25.305 message.<br><br>**1.2   Scope**<br>This Standard provides a solution for the handling of Wireless Enhanced Emergency Calls for the FCC E911 Phase II mandate. |

Table 10.2: Information that may be transferred from UE to the network

| Information | UE-assisted | UE-based |
|---|---|---|
| reference time for GPS ($T_{UE-GPS}$) (specified in [15] and [16]) | Yes | Yes |
| serving cell information | No | Yes |
| Latitude/Longitude/Altitude/Error ellipse | No | Yes |
| velocity estimate in the UE | No | Yes |
| satellite ID for which measurement data is valid | Yes | No |
| Whole/Fractional chips for information about the code-phase measurement | Yes | No |
| $C/N_0$ of the received signal from the particular satellite used in the measurements | Yes | No |
| doppler frequency measured by the UE for the particular satellite | Yes | No |
| pseudorange RMS error | Yes | No |
| multipath indicator | Yes | No |
| number of Pseudoranges | Yes | No |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | **4    Mobile Initiated Positioning**<br><br>**4.1    MS Originated Position Determination for Emergency Services Call (Successful CAS Push - $E_5/E_3$ Interfaces)**<br><br>This scenario illustrates MS originated position determination for an emergency services call. When the Serving System indicates that this is supported, the MS initiates an *IS-801* data burst to obtain position related information from the PDE when the MS is assigned to a traffic channel. Communication between the Serving MSC and the MPC-selected PDE takes place over the $E_5/E_3$ interfaces.<br><br>3.2.1.1 Overview<br><br>The *Position Determination Data Message* sent by the mobile station is comprised of request elements and response elements, as specified below.<br><br>Response elements sent by mobile station:<br>   • Reject<br>   • Provide MS Information<br>   • Provide Autonomous Measurement Weighting Factors<br>   • Provide Pseudorange Measurement |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | **Table 3.2.4-3.  Response Element Type** <br><br> <table><tr><th>Description</th><th>RESP_TYPE (binary)</th></tr><tr><td>Reject</td><td>'0000'</td></tr><tr><td>Provide MS Information</td><td>'0010'</td></tr><tr><td>Provide Autonomous Measurement Weighting Factors</td><td>'0011'</td></tr><tr><td>Provide Pseudorange Measurement</td><td>'0100'</td></tr><tr><td>Provide Pilot Phase Measurement</td><td>'0101'</td></tr><tr><td>Provide Location Response</td><td>'0001'</td></tr><tr><td>Provide Time Offset Measurement</td><td>'0110'</td></tr><tr><td>Provide Cancellation Acknowledgement</td><td>'0111'</td></tr><tr><td colspan="2">All other RESP_TYPE values are reserved.</td></tr></table> <br><br> 3.2.4.2 Response Element Parameters Record |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | If RESP_TYPE is equal to '0100' (Provide Pseudorange Measurement), RESP_PAR_RECORD shall include the following variable length record: |

| Field | Length (bits) |
|---|---|
| PART_NUM | 3 |
| TOTAL_PARTS | 3 |
| NUM_PS_RANGES_P | 6 |
| TIME_REF | 24 |
| TIME_REF_SRC | 2 |
| OFFSET_INCL | 1 |
| REF_PN | 0 or 9 |
| MOB_SYS_T_OFFSET | 0 or 14 |

The mobile station shall include NUM_PS_RANGES_P occurrences of the following fields:

| Field | Length (bits) |
|---|---|
| SV_PRN_NUM | 6 |
| SV_CNO | 6 |
| PS_DOPPLER | 16 |
| SV_CODE_PH_WH | 10 |
| SV_CODE_PH_FR | 10 |
| MUL_PATH_IND | 3 |
| PS_RANGE_RMS_ER | 6 |
| | |
| RESERVED | 0 - 7 (as needed) |

SV_CODE_PH_WH  –  Satellite code phase – whole chips.

The mobile station shall set this field to the measured satellite code phase, in units of 1 GPS chip, in the range from 0 to 1022 chips, where increasing binary values of the field signify increasing measured pseudoranges.

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | [Exemplary Sources: http://www.etsi.org/deliver/etsi_ts/125300_125399/125305/11.00.00_60/ts_125305v110000p.pdf; http://ftp.tiaonline.org/tr-45/TR-45.2inactive/Projects/J-STD-036-B-1%20%5BE%5D/J-STD-036-B-1%20%5BE%5D%20v0.1.pdf; http://www.3gpp2.org/public_html/specs/C.S0022-0_v3.0_121203.pdf] |
| communicating the feature request using the cellular telephone network; | Pantech's phones use the cellular network to communicate the emergency feature requests.<br><br>**4.1   MS Originated Position Determination for Emergency Services Call (Successful CAS Push - E₅/E₃ Interfaces)**<br><br>d.  The MS sends an *IS-95* Data Burst message (Type = PLD) containing an encapsulated *IS-801* message in order to provide or obtain positioning related information from the PDE. Note that step d. may occur as soon as the MS is placed on a traffic channel.<br><br>e.  Upon receipt of the Data Burst message for MS originated position determination, the MSC encapsulates the application layer content (*IS-801*) in an SMDPP and sends the SMDPP to the Serving MPC.<br><br>[Exemplary Source: http://ftp.tiaonline.org/tr-45/TR-45.2inactive/Projects/J-STD-036-B-1%20%5BE%5D/J-STD-036-B-1%20%5BE%5D%20v0.1.pdf] |
| receiving the feature request at a platform; | AT&T, Verizon and U.S. Cellular's servers receive the feature requests from Pantech's phones.<br><br>**4.1   MS Originated Position Determination for Emergency Services Call (Successful CAS Push - E₅/E₃ Interfaces)** |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | f.  The MPC relays the received SMDPP to an appropriate PDE.  Note: PDE selection by the MPC may be determined by Session Tags contained in the SMS_BearerData. The mechanism used by the MPC for routing SMDPP messages is beyond the scope of this Standard.<br><br>Positioning requests are received and processed in the network (the "UTRAN" - Universal Terrestrial Radio Access Network).<br><br>Data from the handset (UE) and one or more base transceiver stations (referred to as Node B's in 3G) are received at a Radio Network Controller (RNC) platform, as described in section 5 of TS 25.305.<br><br>The RNC in turn interfaces (labelled "Iu") to the core network (CN). |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| |  Figure 5.1: General arrangement of UE Positioning in UTRAN  [Exemplary Sources: http://ftp.tiaonline.org/tr-45/TR-45.2inactive/Projects/J-STD-036-B-1%20%5BE%5D/J-STD-036-B-1%20%5BE%5D%20v0.1.pdf; http://www.etsi.org/deliver/etsi_ts/125300_125399/125305/11.00.00_60/ts_125305v110000p.pdf] |
| translating the data digits to determine information generated by the sensor; and | AT&T, Verizon and U.S. Cellular's servers translate the GPS data to determine the location of the Pantech phone.  **4.1   MS Originated Position Determination for Emergency Services Call (Successful CAS Push - $E_5/E_3$ Interfaces)** |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | o.  The PDE uses the received information to determine the MS's position. The PDE sends the POSINFO to the MPC in the GPOSDIR.<br><br>For this document, position means a point on earth that can be described by coordinates, such as latitude and longitude. Location in this document is an area. Location may be the area served by a VLR, the area served by an MSC, a paging or location area, the area covered by a given cell site or sector, the area served by a particular emergency services agency, or the area associated with a particular street address. This definition may be at odds with other forum, but it is consistent with the usage of terms used in wireless mobility management protocols such as TIA/EIA-41 and GSM.<br><br>Section 5.2.1.1.1 of TS 25.305 describes how the Radio Network Controller (RNC) platform performs a "position calculation" using, inter alia, the data provided by the UE in the A-GPS data digits.<br><br>This calculation translates the data digits into useful location data. |

43

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | 5.2.1.1.1      RNC Centric Mode<br><br>In RNC centric mode the SRNC provides the following functionality:<br><br>  -  request of information from other RNC:<br>     The SRNC may request information regarding UE Positioning from other RNCs;<br><br>  -  flow control of positioning requests:<br>     If several simultaneous positioning requests are present within one SRNC, the SRNC co-ordinates the positioning requests taking into account priority of the requests (e.g. for Emergency Clients);<br><br>  -  positioning method selection:<br>     The positioning method selection is based on the location request, QoS, capabilities of UE Positioning elements and UE positioning capabilities;<br><br>  -  position calculation:<br>     The SRNC may calculate the position of a UE and may also support conversion of the position estimate between different geographic reference systems. In case RNC estimates the UE position, it is also responsible to estimate the accuracy of the position estimate. This accuracy estimate should include, for example, the effect of geometric dilution of precision (GDOP), the capabilities of the signal measuring hardware, the effects of multipath propagation and the effects of timing and synchronisation unknowns. The accuracy should be returned as a measure of distance in the same units as the position estimate. The accuracy zone may be reported as the axis and orientation of an ellipse surrounding the position estimate. If available, the positioning method (or the list of the methods) used to obtain the position estimate may also be returned to the CN with the position information. If the CN has requested an accuracy for the position estimate, the Location response shall include an indication whether the position estimate satisfies the requested accuracy or not.<br><br>  -  provide UE Positioning assistance data:<br>     The SRNC may provide assistance data in the support of the various positioning methods;<br><br>  -  Overall UE Positioning coordination and control:<br>     If both an SAS and an SRNC with SMLC internal functionality are available, the SRNC is responsible for the overall coordination and control of UE Positioning. For example, although the SAS has a position calculation function, the SRNC may also have a position calculation function. The SRNC is responsible for managing the co-ordination and control of these multiple resources.<br><br>[Exemplary Sources: http://ftp.tiaonline.org/tr-45/TR-45.2inactive/Projects/J-STD-036-B-1%20%5BE%5D/J-STD-036-B-1%20%5BE%5D%20v0.1.pdf; http://www.etsi.org/deliver/etsi_ts/125300_125399/125305/11.00.00_60/ts_125305v110000p.pdf] |
| storing information generated by the sensor for access by a host operating external to the cellular telephone network. | AT&T, Verizon and U.S. Cellular's servers store the GPS information generated by the Pantech phones for access by the relevant emergency services centers.  The emergency services centers are external to the cellular telephone network.  AT&T, Verizon and U.S. Cellular store the GPS information from Pantech's phones so the Operator assigned to the incident may access the data to properly dispatch emergency services. |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| | NENA Standard Data Formats for ALI Data Exchange & GIS Mapping NENA 02-010, Version 8.2, June 10, 2009<br><br>**EXHIBIT 14**<br><br>**VERSION 3.1 WIRELESS DATA EXCHANGE**<br><br>**4.1.4   Dynamic Updates of the ALI Database**<br><br>Wireless solutions require information to be provided to the PSAP at the time a 9-1-1 call is in progress from a wireless device.  This information is dynamic since it cannot be determined or stored in the ALI database prior to the 9-1-1 calls.  Information such as the wireless caller's Call Back Number, Latitude, and Longitude information is only known at the time the 9-1-1 call is placed and must be dynamically populated in the ALI database.  Wireless Service Providers must generate a real-time transaction to the ALI System that contains this dynamic information.  The ALI database is updated with this information prior to the PSAP equipment issuing an ALI request (bid) to the ALI database.  When the ALI system receives the request from the PSAP, the dynamically updated database record is retrieved and used to build the ALI data that will be transmitted back to the PSAP, with the Call Back Number, Latitude, Longitude, and other dynamically updated information.<br><br>Section 6 of 3GPP TS 23.271 shows the Iu interface from the UMTS cellular network into the core network, along with parallel interfaces for other cellular technologies (GSM and LTE) providing equivalent location functionality.<br><br>Ultimately the location information is supplied to an "external LCS client" (LoCation Services client), which is external to the UTRAN (and GSM, and LTE) cellular telephone network. |

| The '455 Patent | Pantech's Phones and AT&T, Verizon, and U.S. Cellular's Implementation of E-911 |
|---|---|
| |

Figure 6.1-1: General arrangement of LCS

[Exemplary Sources: http://ebookbrowsee.net/nena-02-010-v9-data-formats-for-ali-msag-gis-pdf-d323690922; http://www.etsi.org/deliver/etsi_ts/123200_123299/123271/07.09.00_60/ts_123271v070900p.pdf] |

| The '295 Patent | Pantech's Smart Phones and E-911 |
|---|---|
| **Claim 38** | |
| 38. A messaging unit for data messaging using a cellular telephone network by issuing a feature request, comprising:<br><br>a sensor operable to generate information; | Pantech sells smart phones capable of data messaging using cellular telephone networks by issuing feature requests.  For example, Pantech's smart phones are capable of being used for data messaging with Enhanced 911 (or E-911) services by issuing feature requests.  Pantech's phones generate the feature requests, which contain codes indicating an emergency and include data representing position information.<br><br>Pantech's phones generate position information using GPS receivers.   A GPS receiver is a sensor.<br><br>TECHNOLOGY<br><br>| GSM: | 850, 900, 1800, 1900 MHz |<br>| UMTS: | 850, 1900, 2100 MHz |<br>| FDD LTE: | 700 (band 17), 1700/2100 (band 4) MHz |<br>| Data: | LTE, HSPA (unspecified), UMTS, EDGE, GPRS |<br>| Positioning: | A-GPS |<br>| Navigation: | Turn-by-turn navigation |<br><br>The Pantech Flexhandset is operable to provide data messaging using 2G, 3G and 4G cellular networks. |

| The '295 Patent | Pantech's Smart Phones and E-911 |
|---|---|
| | The Pantech Flex handset supports 3G operation and is thus compliant with the 3GPP standards defining the associated access network (UTRAN). Description of location-based functions of the handset are defined, inter alia, in 3GPP TS 25.305.<br><br><br><br>[Exemplary Source: http://www.phonearena.com/phones/Pantech-Flex_id7413; http://www.gsmarena.com/pantech_flex__p8010-5008.php] |
| a processor coupled to the sensor and operable to receive information generated by the sensor, the processor further operable to generate a feature request having data digits that represent information generated by the sensor; and | Pantech's smart phones include processors coupled to the GPS receivers that are operable to receive information generated by them.  In order to comply with the e-911 standard, during a 911-emergency event, Pantech's phones are operable to generate feature requests with codes indicating the emergency and include data representing position information, such as GPS coordinates.<br><br>The Pantech phone incorporates a Qualcomm Snapdragon processor which implements the logical functionality of the handset in order to meet the various cellular standards with which the device complies.<br><br> |

| The '295 Patent | Pantech's Smart Phones and E-911 |
|---|---|
| | Table 10.2 of TS25.305 summarizes the two alternative types of request (identified as UE-assisted and UE-based) and associated data digits arising from the GPS sensor that are sent to the cellular network.<br><br>Pantech's handsets send data identified as, and corresponding to , either:<br>    - position and velocity estimates if available in full UE-based operation; or<br>    - satellite, chip, and other data in UE-Assisted operation.<br><br>The information that may be signalled from UE to the network is listed in table 10.2.<br><br>**Table 10.2: Information that may be transferred from UE to the network**<br><br>| Information | UE-assisted | UE-based |<br>|---|---|---|<br>| reference time for GPS ($T_{UE-GPS}$) (specified in [15] and [16]) | Yes | Yes |<br>| serving cell information | No | Yes |<br>| Latitude/Longitude/Altitude/Error ellipse | No | Yes |<br>| velocity estimate in the UE | No | Yes |<br>| satellite ID for which measurement data is valid | Yes | No |<br>| Whole/Fractional chips for information about the code-phase measurement | Yes | No |<br>| $C/N_0$ of the received signal from the particular satellite used in the measurements | Yes | No |<br>| doppler frequency measured by the UE for the particular satellite | Yes | No |<br>| pseudorange RMS error | Yes | No |<br>| multipath indicator | Yes | No |<br>| number of Pseudoranges | Yes | No |<br><br>[Exemplary Sources:<br>http://www.etsi.org/deliver/etsi_ts/125300_125399/125305/11.00.00_60/ts_125305v110000p.pdf; http://www.gsmarena.com/pantech_flex__p8010-5008.php] |
| a cellular transceiver operable to communicate the feature request using the cellular telephone network without opening a voice channel. | Pantech's smart phones contain cellular transceivers operable to communicate the feature requests using the cellular telephone network without opening a voice |

| The '295 Patent | Pantech's Smart Phones and E-911 |
|---|---|
| | channel.  For example, Pantech's Flex includes a cellular transceiver operable to communicate via 2G, 3G, and 4G networks.<br><br>In 3GPP, positioning requests are received and processed in the network (the "UTRAN" - Universal Terrestrial Radio Access Network) without a voice channel being opened.<br><br>Data from the handset (UE) and one or more base transceiver stations (referred to as Node B's in 3G) are received at a Radio Network Controller (RNC) platform, as described in section 5 of TS 25.305. The RNC in turn interfaces (labelled "Iu") to the core network (CN).  All of these processes involve data transfer and none requires use of a voice channel. |

| The '295 Patent | Pantech's Smart Phones and E-911 |
|---|---|
| | Figure 5.1: General arrangement of UE Positioning in UTRAN<br><br>[Exemplary Source: http://www.etsi.org/deliver/etsi_ts/125300_125399/125305/11.00.00_60/ts_125305v110000p.pdf] |

| The '449 Patent | Pantech's Smart Phones and E-911 |
| --- | --- |
| **Claim 38** | |
| 38. A messaging unit for data messaging using a cellular telephone network, comprising:<br><br>a sensor operable to generate information; | Pantech sells smart phones capable of data messaging using cellular telephone networks by issuing feature requests.  For example, Pantech's smart phones are capable of being used for data messaging with Enhanced 911 (or E-911) services by issuing feature requests.  Pantech's phones generate the feature requests, which contain codes indicating an emergency and include data representing position information.<br><br>Pantech's phones generate position information using GPS receivers.   A GPS receiver is a sensor.<br><br><br><br>The Pantech Flex handset is operable to provide data messaging using 2G, 3G and 4G cellular networks. |

| The '449 Patent | Pantech's Smart Phones and E-911 |
|---|---|
|  | The Pantech Flex handset supports 3G operation and is thus compliant with the 3GPP standards defining the associated access network (UTRAN). Description of location-based functions of the handset are defined, inter alia, in 3GPP TS 25.305.<br><br>PANTECH<br><br>For AT&T<br>GENERAL<br>2G Network   GSM 850 / 900 / 1800 / 1900<br>3G Network   HSDPA 850 / 1900 / 2100<br>4G Network   LTE 700 MHz Class 17 / 1700 / 2100<br>SIM   Micro-SIM<br>Announced   2012, September<br>Status   Available. Released 2012, September<br><br>[Exemplary Source: http://www.phonearena.com/phones/Pantech-Flex_id7413; http://www.gsmarena.com/pantech_flex__p8010-5008.php] |
| a processor coupled to the sensor and operable to receive information generated by the sensor, the processor further operable to generate a feature request having data digits that represent information generated by the sensor; and | AT&T, Verizon and U.S. Cellular use the E-911 standard for wireless enhanced Emergency Calls.  In order to comply with that standard, during a 911-emergency event, AT&T, Verizon and U.S. Cellular use Pantech's phones to generate feature requests with codes indicating the emergency and include data representing position information, such as GPS coordinates.<br><br>The Pantech phone incorporates a Qualcomm Snapdragon processor which implements the logical functionality of the handset in order to meet the various cellular standards with which the device complies.<br><br>FEATURES<br>OS   Android OS, v4.0.4 (Ice Cream Sandwich), upgradable to v4.1.2 (Jelly Bean)<br>Chipset   Qualcomm MSM8960 Snapdragon |

| The '449 Patent | Pantech's Smart Phones and E-911 |
|---|---|
| | Table 10.2 of TS25.305 summarizes the two alternative types of request (identified as UE-assisted and UE-based) and associated data digits arising from the GPS sensor that are sent to the cellular network.<br><br>Pantech's handsets send data identified as, and corresponding to , either:<br>    - position and velocity estimates if available in full UE-based operation; or<br>    - satellite, chip, and other data in UE-Assisted operation.<br><br>The information that may be signalled from UE to the network is listed in table 10.2.<br><br>**Table 10.2: Information that may be transferred from UE to the network**<br><br>| Information | UE-assisted | UE-based |<br>|---|---|---|<br>| reference time for GPS ($T_{UE\text{-}GPS}$) (specified in [15] and [16]) | Yes | Yes |<br>| serving cell information | No | Yes |<br>| Latitude/Longitude/Altitude/Error ellipse | No | Yes |<br>| velocity estimate in the UE | No | Yes |<br>| satellite ID for which measurement data is valid | Yes | No |<br>| Whole/Fractional chips for information about the code-phase measurement | Yes | No |<br>| $C/N_0$ of the received signal from the particular satellite used in the measurements | Yes | No |<br>| doppler frequency measured by the UE for the particular satellite | Yes | No |<br>| pseudorange RMS error | Yes | No |<br>| multipath indicator | Yes | No |<br>| number of Pseudoranges | Yes | No |<br><br>[Exemplary Sources:<br>http://www.etsi.org/deliver/etsi_ts/125300_125399/125305/11.00.00_60/ts_125305v110000p.pdf; http://www.gsmarena.com/pantech_flex__p8010-5008.php] |
| a cellular transceiver operable to communicate the feature request using a data channel of a cellular telephone network. | Pantech's smart phones contain cellular transceivers operable to communicate the feature requests using the cellular telephone network without opening a voice |

| The '449 Patent | Pantech's Smart Phones and E-911 |
|---|---|
| | channel.  For example, Pantech's Flex includes a cellular transceiver operable to communicate via 2G, 3G, and 4G networks.<br><br>In 3GPP, positioning requests are received and processed in the network (the "UTRAN" - Universal Terrestrial Radio Access Network) without a voice channel being opened.<br><br>Data from the handset (UE) and one or more base transceiver stations (referred to as Node B's in 3G) are received at a Radio Network Controller (RNC) platform, as described in section 5 of TS 25.305. The RNC in turn interfaces (labelled "Iu") to the core network (CN).  All of these processes involve use of the 3GPP data channel. |

| The '449 Patent | Pantech's Smart Phones and E-911 |
|---|---|
| | **Figure 5.1: General arrangement of UE Positioning in UTRAN**<br><br>[Exemplary Source: http://www.etsi.org/deliver/etsi_ts/125300_125399/125305/11.00.00_60/ts_125305v110000p.pdf] |

| The '172 Patent | Alcatel's LTE Smart Phones |
|---|---|
| **Claim 1** | |
| 1. A communication device, comprising:<br><br>an input device operable to generate a request specifying one of an enhanced service and a voice service; | Pantech's Flex is a communication device that includes an input device operable to generate a request specifying one of an enhanced service and a voice service.<br><br>Pantech's Flex supports 2G, 3G /UMTS, 4G/HSDPA+ and 4G /LTE networks, including operation over GPRS (2G) and LTE (4G) networks.<br><br> |

| Wireless Technology | |
|---|---|
| 4G-LTE | Band 4 and 17 |
| 4G | HSPA+ with enhanced backhaul |
| UMTS/HSPA+ | 850/1900/2100MHz |
| GSM/GPRS/EDGE | 850/900/1800/1900MHz |
| Wi-Fi® connectivity | 802.11 a/b/g/n |
| Bluetooth® technology | v4.0 |
| FOTA capable - upgrade Firmware Over The Air | ✔ |

ETSI standard 3GPP TS 123.401 describes the enhancements for LTE networks (Evolved Universal Terrestrial Radio Access Network / E-UTRAN) over and above those for the legacy networks, which were based on GSM networks (GSM Edge Radio Access Network – "GERAN").

LTE introduces a new temporary subscriber identity – GUTI (Globally Unique Temporary Identifier) – in addition to the TMSI (Temporary Mobile Station Identity) of GSM for voice services and P-TMSI of GPRS.

The transceiver (UE) chooses which identity to use in the next update procedure according to prevailing network conditions and signaling messages received from the network.

| | |
|---|---|
| | Section 4.3.5.6 of ETSI TS 123.401 describes the selection process of this "Temporary Identity used in Next update" (TIN).<br><br>These processes are explicitly stated as being mandatory for all devices, such as Pantech's Flex, which support GERAN operation. |

#### 4.3.5.6 Idle mode signalling reduction function

The Idle mode Signalling Reduction (ISR) function provides a mechanism to limit signalling during inter-RAT cell-reselection in idle mode (ECM-IDLE, PMM-IDLE, GPRS STANDBY states).

> NOTE 1: The Idle mode Signalling Reduction function is mandatory for E-UTRAN UEs that support GERAN and/or UTRAN and optional for core network. The UE's ISR capability in the UE Core Network Capability element is for test purpose.

The MME/SGSN activates ISR only if the Serving GW supports the ISR. How MME/SGSN determines a Serving GW supports ISR is implementation dependent.

ISR shall be activated by decision of the CN nodes and shall be explicitly signalled to the UE as "ISR activated" in the RAU and TAU Accept messages. The UE may have valid MM parameters both from MME and from SGSN. The "Temporary Identity used in Next update" (TIN) is a parameter of the UE's MM context, which identifies the UE identity that the UE shall indicate in the next RAU Request, TAU Request or Attach Request message. The TIN also identifies the status of ISR activation in the UE.

*ETSI*

**3GPP TS 23.401 version 11.3.0 Release 11**          **24**          **ETSI TS 123 401 V11.3.0 (2012-11)**

The TIN can take one of the three values, "P-TMSI", "GUTI" or "RAT-related TMSI". The UE shall set the TIN when receiving an Attach Accept, a TAU Accept or RAU Accept message according to the rules in table 4.3.5.6-1.

**Table 4.3.5.6-1: Setting of the TIN**

| Message received by UE | Current TIN value stored by UE | TIN value to be set by the UE when receiving message |
|---|---|---|
| Attach Accept via E-UTRAN (never indicates "ISR Activated") | Any value | GUTI |
| Attach Accept via GERAN/UTRAN (never indicates "ISR Activated") | Any value | P-TMSI |
| TAU Accept not indicating "ISR Activated" | Any value | GUTI |
| TAU Accept indicating "ISR Activated" | GUTI P-TMSI or RAT-related TMSI | GUTI RAT-related TMSI |
| RAU Accept not indicating "ISR Activated" | Any value | P-TMSI |
| RAU Accept indicating "ISR Activated" | P-TMSI GUTI or RAT-related TMSI | P-TMSI RAT-related TMSI |

[Exemplary Sources: https://www.att.com/shop/wireless/devices/pantech/flex-gray.html?tgccParam=1#fbid=f5n7tMpblTx;
http://www.gsmarena.com/pantech_flex__p8010-5008.php;

| | |
|---|---|
| | http://www.etsi.org/deliver/etsi_ts/123400_123499/123401/11.03.00_60/ts_123401v110300p.pdf] |
| a memory operable to store a first number assignment module associated with the enhanced service and a second number assignment module associated with the voice service; | Pantech's smart phones use computer memory, such as RAM and ROM.  For example, the Pantech Flex has 8GB of memory.  Pantech's smart phones also use SIM cards which incorporate a memory operable to store a first number assignment module associated with an enhanced service and a second number assignment module associated with a voice service.<br><br><br><br>The temporary identifiers are stored in the Flex smartphone transceiver (UE) and may be updated by the various networks from time to time.<br><br>The GUTI comprises a first number assignment module associated with a E-UTRAN (LTE) enhanced service network. The (P-)TMSI comprises a second number assignment module associated with a GERAN (GSM) voice service. |



| | [Exemplary Sources: http://www.gsmarena.com/pantech_flex__p8010-5008.php; http://www.etsi.org/deliver/etsi_ts/123400_123499/123401/11.03.00_60/ts_12340 1v110300p.pdf] |
|---|---|
| a processor coupled to the input device and operable to select the first number assignment module if the request specifies the enhanced service, the processor operable to select the second number assignment module if the request specifies the voice service; and | Pantech's smart phones have a processor coupled to the input device of the phone and is operable to select a first number assignment module if the request is for an enhanced service or operable to select the second number assignment module if the request is for voice service. Pantech's Flex has a Qualcomm processor. |

Chipset          Qualcomm MSM8960 Snapdragon

Table 4.3.5.6-1 shows, inter alia, the situation where attachment to the first, E-UTRAN, network is desired and the GUTI (first number assignment module) is selected as the next temporary identifier (TIN) to use.

| 3GPP TS 23.401 version 11.3.0 Release 11 | 24 | ETSI TS 123 401 V11.3.0 (2012-11) |
|---|---|---|

The TIN can take one of the three values, "P-TMSI", "GUTI" or "RAT-related TMSI". The UE shall set the TIN when receiving an Attach Accept, a TAU Accept or RAU Accept message according to the rules in table 4.3.5.6-1.

Table 4.3.5.6-1: Setting of the TIN

| Message received by UE | Current TIN value stored by UE | TIN value to be set by the UE when receiving message |
|---|---|---|
| Attach Accept via E-UTRAN (never indicates "ISR Activated") | Any value | GUTI |
| Attach Accept via GERAN/UTRAN (never indicates "ISR Activated") | Any value | P-TMSI |
| TAU Accept not indicating "ISR Activated" | Any value | GUTI |
| TAU Accept indicating "ISR Activated" | GUTI P-TMSI or RAT-related TMSI | GUTI RAT-related TMSI |
| RAU Accept not indicating "ISR Activated" | Any value | P-TMSI |
| RAU Accept indicating "ISR Activated" | P-TMSI GUTI or RAT-related TMSI | P-TMSI RAT-related TMSI |

Table 4.3.5.6-1 further shows, inter alia, the situation where attachment to the second, GERAN, network is desired and the (P-)TMSI (second number assignment module) is selected as the next temporary identifier (TIN) to use.

| 3GPP TS 23.401 version 11.3.0 Release 11 | 24 | ETSI TS 123 401 V11.3.0 (2012-11) |

The TIN can take one of the three values, "P-TMSI", "GUTI" or "RAT-related TMSI". The UE shall set the TIN when receiving an Attach Accept, a TAU Accept or RAU Accept message according to the rules in table 4.3.5.6-1.

Table 4.3.5.6-1: Setting of the TIN

| Message received by UE | Current TIN value stored by UE | TIN value to be set by the UE when receiving message |
|---|---|---|
| Attach Accept via E-UTRAN (never indicates "ISR Activated") | Any value | GUTI |
| Attach Accept via GERAN/UTRAN (never indicates "ISR Activated") | Any value | P-TMSI |
| TAU Accept not indicating "ISR Activated" | Any value | GUTI |
| TAU Accept indicating "ISR Activated" | GUTI P-TMSI or RAT-related TMSI | GUTI RAT-related TMSI |
| RAU Accept not indicating "ISR Activated" | Any value | P-TMSI |
| RAU Accept indicating "ISR Activated" | P-TMSI GUTI or RAT-related TMSI | P-TMSI RAT-related TMSI |

[Exemplary Sources: http://www.gsmarena.com/pantech_flex__p8010-5008.php; http://www.etsi.org/deliver/etsi_ts/123400_123499/123401/11.03.00_60/ts_123401v110300p.pdf]

---

| a transceiver coupled to the memory and operable to provide the requested service using the selected number assignment module. | Pantech's smart phones have a cellular transceiver coupled to the memory and operable to provide the requested service using the selected number assignment module.<br><br>Once the TIN has been determined, the attach procedure continues and the Sonic LTE smartphone transceiver can access the E-UTRAN or GERAN services respectively using either GUTI or (P-)TMSI. |

| | [Exemplary Source: http://www.etsi.org/deliver/etsi_ts/123400_123499/123401/11.03.00_60/ts_123401v110300p.pdf] |
|---|---|